**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Ines Diaz Villafana (State Bar No. 354099)
Ryan B. Martin (State Bar No. 359876)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ndeckant@bursor.com
        idiaz@bursor.com
        rmartin@bursor.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WOOD, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MYPILLOW, INC.,<br><br>Defendant. | Case No. 4:26-cv-00110-HSG<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>[No Hearing Required]<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

This stipulation ("Stipulation") is entered into between Plaintiff Elizabeth Wood ("Plaintiff") and Defendant MyPillow, Inc. ("Defendant"), pursuant to Civil Local Rule 6-1(a).

**RECITALS**

A.     Plaintiff filed a class action complaint initiating this action against Defendant (the "Complaint") on January 6, 2026.  ECF No. 1.

B.     On February 20, 2026, the Parties filed a Joint Stipulation to Extend Time to Answer or Otherwise Respond to the Class Action Complaint.  ECF No. 12.

C.     On March 18, 2025, Defendant filed a Motion to Compel Arbitration and to Stay Proceedings.  ECF No. 16.

D.     The Parties agree to extend the time for Plaintiff to file her opposition and Defendant to file its reply.

E.     This extension will not alter the date of any event or deadline already fixed by Court order.

**STIPULATION**

Based on the foregoing, the Parties stipulate as follows:

1.  Plaintiff and Defendant agree and stipulate that the time for Plaintiff to file an opposition is extended to April 15, 2026.

2.  Plaintiff and Defendant agree and stipulate that the time for Defendant to file its reply is extended to May 5, 2026.

**IT IS SO STIPULATED.**

Dated: March 24, 2026          **BURSOR & FISHER, P.A**.

By: ___/s/ *Ryan B. Martin*_____
          Ryan B. Martin

Neal J. Deckant (State Bar No. 322946)
Ines Diaz Villafana (State Bar No. 354099)
Ryan B. Martin (State Bar No. 359876)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455

Facsimile: (925) 407-2700
Email: ndeckant@bursor.com
idiaz@bursor.com
rmartin@bursor.com

*Attorney for Plaintiff*

Dated:  March 24, 2026 **MIRSKY CORPROATE ADVISORS, APC**

By:    /s/ *Steven J. Mirsky*
Steven J. Mirsky

901 Dove St., Suite 120
Newport Beach, CA 92660
Telephone: (949) 200-6837
Email: smirsky@mirskycorporateadvisors.com

*Attorneys for Defendant*

## SIGNATURE ATTESTATION

I, Ryan B. Martin, in compliance with Civil Local Rule 5-1(i)(3), hereby attest that all other signatories listed above, on whose behalf this filing is also submitted, have concurred in the filing's content and have authorized this filing.

Dated: March 24, 2026             */s/ Ryan B. Martin*
Ryan B. Martin

**ORDER**

Having reviewed the Joint Stipulation, the Court finds, adjudges, and orders as follows:

1.     The Joint Stipulation to Extend Briefing Schedule on Defendant's Motion to Compel Arbitration is GRANTED;

2.     Plaintiff will file her opposition by April 15, 2026;

3.     Defendant will file its reply by May 5, 2026.

IT IS SO ORDERED.


Date:  3/25/2026                              _____
                                             HAYWOOD S. GILLIAM, JR.
                                             United States District Judge