Steven J. Mirsky, SBN 297370
Richard L. Daniels, SBN 144042
**MIRSKY CORPORATE ADVISORS, APC**
901 Dove St., Ste. 120
Newport Beach, CA 92660
Telephone: (949) 200-6837
smirsky@mirskycorporateadvisors.com
rich@mirskycorporateadvisors.com
*Counsel for Defendant*
MY PILLOW, INC.

MIRSKY CORPORATE ADVISORS, APC
901 DOVE ST., STE.120
NEWPORT BEACH, CA 92660

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| ELIZABETH WOOD, individually and on behalf of all other persons similarly situated,<br>Plaintiff,<br>v.<br>MY PILLOW, INC.,<br>Defendant | Case No. 4:26-cv-00110<br>Hon. Haywood S. Gilliam, Jr.<br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE (as modified)**<br>[No Hearing Required] |

This stipulation ("Stipulation") is entered into between Plaintiff ELIZABETH WOOD ("Plaintiff") and Defendant MY PILLOW, INC. ("Defendant"), pursuant to Civil Local rules 6-2, 7-7(b), and 16-2(e).

**RECITALS**

A. Defendant's Motion to Dismiss is currently set for hearing on August 27, 2026 at 2:00 p.m.

B. The Court has also set a Case Management Conference for August 27, 2026 at 2:00 p.m.

C. Counsel for Defendant has a family emergency requiring continuance of the hearing and Case Management Conference. A close family friend passed away unexpectedly in New York and the funeral is scheduled for August 28, 2026. Counsel's wife must travel to New York on August 27, 2026, leaving Defendant's counsel without childcare coverage for the scheduled in-person hearing. The other attorney in counsel's firm is unavailable due to a previously scheduled vacation.

D. The Parties met and conferred on or about August 20, 2026 and agree that a brief continuance of the hearing on Defendant's Motion to Dismiss and the Case Management Conference is appropriate.

E. This request is made in good faith and not for purposes of delay. The requested continuance will not affect the briefing schedule on Defendant's Motion to Dismiss, which has already been fully briefed, and will not prejudice either party, or the Joint Case Management Statement, which has already been submitted.

F. Because the circumstances necessitating this request arose within 14 days of the scheduled hearing, the Parties respectfully request that the Court consider and grant this stipulated request notwithstanding the timing of the filing.

**STIPULATION**

Based on the foregoing, the parties stipulate and respectfully request that the Court order as follows:

1. The hearing on Defendant's Motion to Dismiss, currently set for August 27, 2026, shall be continued to September 10, 2026 at 2:00 p.m. or to such other date and time as if convenient for the Court.

2. The Case Management Conference currently set for August 27, 2026 at 2:00 p.m. shall likewise be continued to September 10, 2026 at 2:00 p.m., or to such other date and time as is convenient for the Court.

3. The continuance will not alter any briefing deadlines on Defendant's Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated: August 24, 2026

**MIRSKY CORPORATE ADVISORS, APC**

By: */s/ Steven J. Mirsky*
STEVEN J. MIRSKY, ESQ.
Counsel for Defendant My Pillow, Inc.



MIRSKY CORPORATE ADVISORS, APC
901 DOVE ST., STE.120
NEWPORT BEACH, CA 92660

MIRSKY CORPORATE ADVISORS, APC
901 DOVE ST., STE. 120
NEWPORT BEACH, CA 92660

Dated: August 24, 2026

**BURSOR & FISHER, P.A.**

By: */s/ Neal J. Deckant*
NEAL J. DECKANT, ESQ.
Counsel for Elizabeth Wood, individually and on behalf of all other persons similarly situated

MIRSKY CORPORATE ADVISORS, APC
901 DOVE ST., STE.120
NEWPORT BEACH, CA 92660

**SIGNATURE ATTESTATION**

I, Steven J. Mirsky, in compliance with Civil Local Rule 5-1(i)(3), hereby attest that all other signatories listed above, on whose behalf this filing is also submitted, have concurred in the filing's content and have authorized this filing.

Dated: August 24, 2026

*/s/ Steven J. Mirsky*
STEVEN J. MIRSKY

MIRSKY CORPORATE ADVISORS, APC
901 DOVE ST., STE.120
NEWPORT BEACH, CA 92660

**ORDER**

Having reviewed the Joint Stipulation, the Court finds, adjudges and orders as follows:

1. The hearing on Defendant's Motion to Dismiss and the case management conference are continued from August 27, 2026 to September 10, 2026 at 2:00 p.m.

**PURUSANT TO STIPULATION, IT IS SO ORDERED.**

Date: 8/25/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge